IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-0944-RPM-OES

KAREN MARTINEZ,

    Plaintiff,

vs.

NEXTEL WEST SERVICES, LLC,

    Defendant.

## ORDER GRANTING STIPULATION
## FOR FINAL DISMISSAL WITH PREJUDICE

Having reviewed the parties' Stipulation for Final Dismissal with Prejudice, the Court

ORDERS that the Stipulation be, and hereby is, GRANTED. The above-captioned matter is dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any party.

DATED: July 7th, 2005.

BY THE COURT:

_____
United States District Judge

3399397_1.DOC